# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Jennifer L. Haas, et al.** | Case No. 3:17-cv-02115 |
| **Plaintiffs,** | Judge Jack Zouhary |
| vs. | |
| **Gregory Funding LLC** | **NOTICE OF APPEARANCE OF COUNSEL** |
| **Defendant.** | |

Matthew J. Richardson, of the law firm of Manley Deas Kochalski LLC, P. O. Box 165028, Columbus, OH 43216-5028, hereby enters an appearance in this matter on behalf of Defendant Gregory Funding LLC.

                    Respectfully submitted,

                    /s/ Matthew J. Richardson
                    Matthew J. Richardson (0077157)
                    Manley Deas Kochalski LLC
                    P. O. Box 165028
                    Columbus, OH 43216-5028
                    Telephone: 614-222-4921
                    Fax: 614-220-5613
                    Email: mjr2@manleydeas.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2017, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

      /s/ Matthew J. Richardson
      Matthew J. Richardson

15-003104_ACS2