# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| Jennifer L. Haas, et al. | Case No. 3:17-cv-02115 |
| **Plaintiffs,** | Judge Jack Zouhary |
| vs. | **UNOPPOSED MOTION FOR LEAVE TO PLEAD** |
| Gregory Funding LLC | |
| **Defendant.** | |

Defendant Gregory Funding LLC ("Gregory"), by and through undersigned counsel, hereby requests leave until on or before November 30, 2017 to respond to plaintiffs' complaint.

Undersigned counsel contacted counsel for plaintiffs prior to the filing of this motion. Plaintiffs do not oppose the Court granting this motion.

Therefore, Gregory respectfully requests leave until on or before November 30, 2017 to file its response to plaintiffs' complaint.

Respectfully submitted,

/s/ Matthew J. Richardson
Matthew J. Richardson (0077157)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-222-4921
Fax: 614-220-5613
Email: mjr2 @manleydeas.com

17-035823_ACS2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2017, a copy of the foregoing Unopposed Motion for Leave to Plead was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Matthew J. Richardson
Matthew J. Richardson