# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

----

| | |
|---|---|
| **Jennifer L. Haas, et al.** | Case No. 3:17-cv-02115 |
| **Plaintiffs,** | Judge Jack Zouhary |
| vs. | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO PLEAD** |
| **Gregory Funding LLC** | |
| **Defendant.** | |

This matter is before the Court on defendant Gregory Funding LLC's unopposed motion for leave to plead. The court finds the motion well-taken and is hereby granted. Gregory Funding LLC shall have until on or before November 30, 2017 to file its response to plaintiffs' complaint.

**IT IS SO ORDERED**.

_____
Judge Jack Zouhary
UNITED STATES DISTRICT JUDGE

17-035823_ACS2