# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| **Jennifer L. Haas, et al.**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**Gregory Funding LLC**<br><br>**Defendant.** | Case No. 3:17-cv-02115<br><br>**Judge Jack Zouhary**<br><br>**ORDER GRANTING UNOPPOSED<br>MOTION FOR LEAVE TO PLEAD** |

This matter is before the Court on defendant Gregory Funding LLC's unopposed motion for leave to plead. The court finds the motion well-taken and is hereby granted. Gregory Funding LLC shall have until on or before November 30, 2017 to file its response to plaintiffs' complaint.

**IT IS SO ORDERED**.

     s/ Jack Zouhary
Judge Jack Zouhary
UNITED STATES DISTRICT JUDGE

October 27, 2017