IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jennifer L. Haas, et al., | Case No. 3:17 CV 2115 |
| Plaintiffs, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Gregory Funding LLC, | |
| Defendant. | |

This Court held an Initial Phone Status on October 31, 2017. Counsel present: Daniel Solar for Plaintiffs; Matthew Richardson for Defendant.

Counsel will continue discussions whether a stay of this case is appropriate pending resolution of the state court foreclosure action. If the parties are unable to agree on how to proceed, Defendant may file a Motion to Stay no later than **November 30, 2017**. Plaintiffs' response is due by **December 14, 2017**. Counsel shall promptly inform this Court of any developments in the foreclosure action that may affect the claims in this case.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

October 31, 2017